| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| MICHAEL H. CROSBY<br>MICHAEL H. CROSBY - SBN # 125778<br>2366 FRONT STREET<br>SAN DIEGO, CA 92101 | FILED<br>08 JAN 24 PM 2:23<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY: _____ DEPUTY |
| TELEPHONE NO. (619) 696-7330    FAX NO. *(Optional)* (619) 239-5872<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: JACOB CALANNO | |
| COURT NAME: UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 940 FRONT ST RM 1160<br>MAILING ADDRESS: 940 FRONT ST RM 1160<br>CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JACOB CALANNO<br>DEFENDANT/RESPONDENT: TERRA VAC CORPORATION, ET AL | CASE NUMBER:<br>07CV2052BTMPOR |
| **PROOF OF SERVICE SUMMONS** | Ref No. or File No.<br>0S349677-01 |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      TERRA VAC CORPORATION, A CALIFORNIA CORPORATION

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      JAMES J. MALOT, AGENT FOR SERVICE
      Age: 55; Sex: M; Hair: BRN; Eyes: BRN; Height: 5'10; Weight: 160; Race: CAUC; Marks:

4. Address where the party was served: 316 AVOCET AVENUE
                                        DAVIS, CA 95616

5. I served the party *(check proper box)*

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party    (1) on *(date)*: December 10, 2007  (2) at *(time)*: 07:10 am

   b. ☐ **by substituted service:** On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address is unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
      *(date)*:                 from *(city)*:                    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]



**PROOF OF SERVICE SUMMONS**
**ORIGINAL**

Code of Civil Procedure, § 417.10

Client File # CALANNO V. TERRA VAC

313/0S349677-01

| PLAINTIFF/PETITIONER: JACOB CALANNO | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TERRA VAC CORPORATION, ET AL | 07CV2052BTMPOR |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

      (1) on *(date)*:                                      (2) from *(city)*:
      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The Notice to the Person Served (on the summons) was completed as follows:
   a. ☐ as an Individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:

   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
     under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                 ☐ other:

7. **Person who served papers**
   a. Name:                    EUGENE D. HOWARD
   b. Address:               1424 21st. Street, Sacramento, CA 95814
   c. Telephone number:    (916) 441-4396
   d. **The fee** for service was: $    67.12
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ Owner   ☐ employee   ☒ independent contractor.
         (ii) Registration No.: 2006-19
         (iii) County:        YOLO

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   OR

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:    January 15, 2008

EUGENE D. HOWARD                                            */s/ Eugene Howard*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                  (SIGNATURE)

Page 2 of 2
Form Adopted for Mandatory Use
Judicial Council of California POS-010
POS-010[Rev. January 1, 2007]
**PROOF OF SERVICE SUMMONS**
Code of Civil Procedure, § 417.10

Client File # CALANNO V. TERRA VAC

313/0S349677-01