1  Michael H. Crosby (SBN 125778)
   *D. F. Garrettson House*
2  2366 Front Street
   San Diego, CA 92101
3  Telephone:   (619) 696-7330
   Facsimile:    (619) 239-5872
4

5  Attorney for Plaintiff JACOB CALANNO

6

7

8                **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10

| JACOB CALANNO, a California citizen, | ) ) | **CASE NO. 07 CV 2052 BTM POR** |
|---|---|---|
| Plaintiff, | ) ) ) | **REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TERRA VAC CORPORATION** |
| vs. | ) ) | |
| TERRA VAC CORPORATION, a California corporation; TERRA-VAC, INC., a corporation, dba TERRA-VAC, P.R.; and DOES 1 through 100, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

   Plaintiff JACOB CALANNO requests the Clerk of the United States District Court, Southern District of California, to enter default against defendant TERRA VAC CORPORATION ("TERRA VAC"), a California corporation, pursuant to Federal Rule of Civil Procedure 55(a). Entry of default is required because TERRA VAC has failed to appear and plead or otherwise defend the action.

   TERRA VAC's failure to plead or otherwise defend is established by the Declaration of Michael H. Crosby.

DATED: February 4, 2008        s/Michael H. Crosby
                               Attorney for Plaintiff JACOB CALANNO
                               E-mail: mhcrosby@dfghlaw.com

1
REQUEST FOR ENTRY OF DEFAULT AGAINST TERRA VAC CORPORATION