Michael H. Crosby (SBN 125778)
*D. F. Garrettson House*
2366 Front Street
San Diego, CA 92101
Telephone: (619) 696-7330
Facsimile: (619) 239-5872

Attorney for Plaintiff JACOB CALANNO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CALANNO, a California citizen,<br><br>Plaintiff,<br><br>vs.<br><br>TERRA VAC CORPORATION, a California corporation; TERRA-VAC, INC., a corporation, dba TERRA-VAC, P.R.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 07 CV 2052 BTM POR<br><br>**DECLARATION OF MICHAEL H. CROSBY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TERRA VAC CORPORATION** |

I, Michael H. Crosby, declare:

1. I am an attorney licensed to practice in all California state and federal courts. I am attorney for JACOB CALANNO in this action. As a result of this association, I have personal knowledge of the following facts or am informed of such facts and believe them to be true.

2. On my client's behalf I caused the summons and complaint in this action to be filed on October 29, 2007. TERRA VAC CORPORATION ("TERRA VAC"), a California corporation, is a defendant in the case.

3. I caused the summons and complaint to be personally served upon James J. Malot, the agent for service of process for TERRA VAC, on December 10, 2007.

1      4.    A Proof of Service Summons was signed and returned it to my office.

2      5.    I caused the Proof of Service to be filed with the District Court on January 24, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Diego, California on February 4, 2008.

        s/Michael H. Crosby
        Attorney for Plaintiff JACOB CALANNO
        E-mail: mcrosby@dfghlaw.com