1   Michael H. Crosby (SBN 125778)
    *D. F. Garrettson House*
2   2366 Front Street
    San Diego, CA 92101
3   Telephone:   (619) 696-7330
    Facsimile:    (619) 239-5872
4

5   Attorney for Plaintiff JACOB CALANNO

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10  JACOB CALANNO, a California            )   **CASE NO. 07 CV 2052 BTM POR**
11  citizen,                               )
                                           )
12                  Plaintiff,             )   **REQUEST FOR ENTRY OF DEFAULT**
                                           )   **AGAINST DEFENDANT TERRA-VAC,**
13  vs.                                    )   **INC.**
                                           )
14  TERRA VAC CORPORATION, a               )
    California corporation; TERRA-VAC,     )
15  INC., a corporation, dba TERRA-VAC,    )
    P.R.; and DOES 1 through 100,          )
16  inclusive,                             )
                                           )
17                  Defendants.            )
    _____    )
18

19          Plaintiff JACOB CALANNO requests the Clerk of the United States District Court,

20  Southern District of California, to enter default against defendant TERRA-VAC, INC., a

21  corporation, dba TERRA-VAC, P.R., pursuant to Federal Rule of Civil Procedure 55(a).

22  Entry of default is required because TERRA-VAC, INC. has failed to appear and plead or

23  otherwise defend the action.

24          TERRA-VAC, INC's failure to plead or otherwise defend is established by the

25  Declaration of Michael H. Crosby.

26

27  DATED:   February 4, 2008          s/Michael H. Crosby
                                       Attorney for Plaintiff JACOB CALANNO
28                                     E-mail: mhcrosby@dfghlaw.com

                                       1