Michael H. Crosby (SBN 125778)
*D. F. Garrettson House*
2366 Front Street
San Diego, CA 92101
Telephone:   (619) 696-7330
Facsimile:   (619) 239-5872

Attorney for Plaintiff JACOB CALANNO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CALANNO, a California citizen,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TERRA VAC CORPORATION, a California corporation; TERRA-VAC, INC., a corporation, dba TERRA-VAC, P.R.; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | **CASE NO. 07 CV 2052 BTM POR**<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TERRA-VAC, INC.** |

　　　　Plaintiff JACOB CALANNO requests the Clerk of the United States District Court, Southern District of California, to enter default against defendant TERRA-VAC, INC., a corporation, dba TERRA-VAC, P.R., pursuant to Federal Rule of Civil Procedure 55(a). Entry of default is required because TERRA-VAC, INC. has failed to appear and plead or otherwise defend the action.

　　　　TERRA-VAC, INC's failure to plead or otherwise defend is established by the Declaration of Michael H. Crosby.

DATED:   February 4, 2008　　　　　　　　s/Michael H. Crosby
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff JACOB CALANNO
　　　　　　　　　　　　　　　　　　　　　　　E-mail: mhcrosby@dfghlaw.com