1    Michael H. Crosby (SBN 125778)
     *D. F. Garrettson House*
2    2366 Front Street
     San Diego, CA 92101
3    Telephone:   (619) 696-7330
     Facsimile:   (619) 239-5872
4

5    Attorney for Plaintiff JACOB CALANNO

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10   JACOB CALANNO, a California          )   **CASE NO. 07 CV 2052 BTM POR**
     citizen,                             )
11                                        )
                                          )
12              Plaintiff,                )   **CORRECTED REQUEST FOR ENTRY**
                                          )   **OF DEFAULT AGAINST DEFENDANT**
13   vs.                                  )   **TERRA-VAC, INC.**
                                          )
14   TERRA VAC CORPORATION, a             )
     California corporation; TERRA-VAC,   )
15   INC., a corporation, dba TERRA-VAC,  )
     P.R.; and DOES 1 through 100,        )
16   inclusive,                           )
                                          )
17              Defendants.               )
     _____ )
18

19        Plaintiff JACOB CALANNO requests the Clerk of the United States District Court,

20   Southern District of California, to enter default against defendant TERRA-VAC, INC., a

21   corporation, dba TERRA-VAC, P.R., pursuant to Federal Rule of Civil Procedure 55(a).

22   Entry of default is required because TERRA-VAC, INC. has failed to appear and plead or

23   otherwise defend the action.

24        TERRA-VAC, INC's failure to plead or otherwise defend is established by the

25   Declaration of Michael H. Crosby.

26   / / /

27   / / /

28   / / /

                                        1
     REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TERRA-VAC, INC.

1       This corrected request is filed because the Declaration was inadvertently not

2  attached to the original Request.

3

4  DATED:   February 4, 2008          s/Michael H. Crosby

                                               Attorney for Plaintiff JACOB CALANNO

5                                                 E-mail: mhcrosby@dfghlaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TERRA-VAC, INC.