1  Michael H. Crosby (SBN 125778)
   *D. F. Garrettson House*
2  2366 Front Street
   San Diego, CA 92101
3  Telephone:   (619) 696-7330
   Facsimile:   (619) 239-5872
4

5  Attorney for Plaintiff JACOB CALANNO

6

7

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB CALANNO, a California citizen, | CASE NO. 07 CV 2052 BTM POR |
| Plaintiff, | **DECLARATION OF MICHAEL H. CROSBY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TERRA VAC, INC.** |
| vs. | |
| TERRA VAC CORPORATION, a California corporation; TERRA-VAC, INC., a corporation, dba TERRA-VAC, P.R.; and DOES 1 through 100, inclusive, | |
| Defendants. | |

   I, Michael H. Crosby, declare:

   1.   I am an attorney licensed to practice in all California state and federal courts. I am attorney for JACOB CALANNO in this action. As a result of this association, I have personal knowledge of the following facts or am informed of such facts and believe them to be true.

   2.   On my client's behalf I caused the summons and complaint in this action to be filed on October 29, 2007. TERRA-VAC, INC., a corporation, dba TERRA-VAC, P.R., is a defendant in the case.

   3.   I caused the summons and complaint to be personally served upon James J. Malot, the agent for service of process for TERRA-VAC, INC. on December 10, 2007.

1     4.    A Proof of Service Summons was signed and returned it to my office.

2     5.    I caused the Proof of Service to be filed with the District Court on January 24, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Diego, California on February 4, 2008.

s/Michael H. Crosby
Attorney for Plaintiff JACOB CALANNO
E-mail: mcrosby@dfghlaw.com