1  Michael H. Crosby (SBN 125778)
   *D. F. Garrettson House*
2  2366 Front Street
   San Diego, CA 92101
3  Telephone:   (619) 696-7330
   Facsimile:    (619) 239-5872
4

5  Attorney for Plaintiff JACOB CALANNO

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10  JACOB CALANNO, a California          )   **CASE NO. 07 CV 2052 BTM POR**
    citizen,                            )
11                                      )
                                        )
12                    Plaintiff,        )   **JOINT MOTION FOR ORDER TO SET**
                                        )   **ASIDE DEFAULT**
13  vs.                                 )
                                        )
14  TERRA VAC CORPORATION, a            )
    California corporation; TERRA-VAC,  )
15  INC., a corporation, dba TERRA-VAC, )   Complaint Filed:   October 29, 2007
    P.R.; and DOES 1 through 100,       )
16  inclusive,                          )
                                        )
17                    Defendants.       )
    _____    )
18

19      It has been stipulated and agreed upon by and between the parties, through their

20  respective attorneys of record, that the default entered on February 6, 2008 as to

21  defendants TERRA VAC CORPORATION and TERRA-VAC, INC., dba TERRA-VAC,

22  P.R. be set aside.

23      In consideration for setting aside the default, defendants TERRA VAC

24  CORPORATION and TERRA-VAC, INC., dba TERRA-VAC, P.R. have agreed to waive

25  any right to contest jurisdiction while preserving any right to seek remand if appropriate.

26      It has been agreed that defendants TERRA VAC CORPORATION and TERRA-

27  VAC, INC., dba TERRA-VAC, P.R. shall have until March 20, 2008 to answer or

28  otherwise respond to the complaint.

                                    1

1    An order effecting this agreement is being submitted in accordance with the

2  Electronic Case Filing Rule 2.f.4.  The parties hereby request that the order setting aside

3  the default be entered.

4

5  DATED:   March 7, 2008                    s/Michael H. Crosby
                                             Attorney for Plaintiff JACOB CALANNO
6                                            E-mail: mhcrosby@dfghlaw.com

7

8  DATED:   February 20, 2008                MAXIE RHEINHEIMER STEPHENS &
                                             VREVICH, LLP
9

10

11                                           s/Barry M. Vrevich
                                             Jillian M. Fairchild
12                                           Attorneys for Defendants TERRA VAC
                                             CORPORATION and TERRA-VAC, INC.,
13                                           dba TERRA-VAC, P.R.
                                             E-mail: bmv@mrsvlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## CERTIFICATION OF AUTHORITY TO SIGN

2

     I, Michael H. Crosby, certify that I have obtained agreement of the attorneys for

3

TERRA-VAC CORPORATION and TERRA-VAC, INC., dba TERRA-VAC P.R. to sign

4

this joint motion electronically on their behalf, and that the content of the motion is

5

acceptable to them.  A signed stipulation approving the substance of this motion is on file

6

in my office.

7

8

DATED:   March 7, 2008                              s/Michael H. Crosby
                                                            Attorney for Plaintiff JACOB CALANNO
9                                                           E-mail: mhcrosby@dfghlaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28