# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CALANNO, a California citizen, <br><br> Plaintiff, <br><br> vs. <br><br> TERRA VAC CORPORATION, a California corporation; TERRA-VAC, INC., a corporation, dba TERRA-VAC, P.R.; and DOES 1 through 100, inclusive, <br><br> Defendants. | **CASE NO. 07 CV 2052 BTM POR** <br><br> **ORDER SETTING ASIDE DEFAULT** <br><br> Complaint Filed:  October 29, 2007 |

Having reviewed and granted the Joint Motion for Order to Set Aside Default filed on behalf of the parties, this court sets aside the default entered in this action on February 6, 2008.

Defendants must file their answer or other responsive pleading on or before March 20, 2008.

IT IS SO ORDERED.

DATED: March 10, 2008

*(signature)*

Honorable Barry Ted Moskowitz
United States District Judge

1
ORDER SETTING ASIDE DEFAULT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER SETTING ASIDE DEFAULT