Barry M. Vrevich, Esq. (SBN 123999)
Jillian M. Fairchild, Esq. (SBN 246846)
MAXIE RHEINHEIMER STEPHENS & VREVICH, LLP
350 10TH Avenue, Suite 900
San Diego, CA 92101
(619) 515-1155; Fax (619) 515-1159

Attorneys for Defendants
TERRA VAC CORPORATION and
TERRA-VAC, INC. dba TERRA-VAC, P.R.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CALANNO,<br><br>   Plaintiff,<br><br>v.<br><br>TERRA VAC CORPORATION, a California corporation; TERRA-VAC, INC., a corporation, dba TERRA-VAC, P.R.; and DOES 1 through 100, inclusive<br><br>   Defendants. | CASE NO. 07cv2052-BTM (POR)<br><br>Hearing Date: 05/02/2008<br>Time         : 11:00 a.m.<br>Courtroom : 15<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

TO:   PLAINTIFF AND HIS ATTORNEY OF RECORD:

   **PLEASE TAKE NOTICE** that on May 2, 2008 at 11:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, located at United States District Court, Southern District of California, 940 Front Street, San Diego, CA 92101-8900, defendants TERRA VAC CORPORATION, TERRA-VAC, INC. dba TERRA-VAC, P.R. WILL MOVE THE COURT TO DISMISS THE ACTION PURSUANT TO FRCP 12(b)(6) because plaintiff's complaint fails to state a claim upon which relief can be granted.

///

1  The motion will be based on this Notice of Motion and Motion, the Memorandum of
2  Points and Authorities filed herewith, and the pleadings and papers filed herein.
3
4  Dated: _____3/18/08_____

                  **MAXIE RHEINHEIMER STEPHENS & VREVICH, LLP**

                  By: _____
                          Barry M. Vrevich
                          Jillian M. Fairchild
                          Attorneys for Defendant, **TERRA VAC CORPORATION and TERRA-VAC, INC. dba TERRA-VAC, P.R.**