Barry M. Vrevich, Esq. (SBN 123999)
Jillian M. Fairchild, Esq. (SBN 246846)
**MAXIE RHEINHEIMER STEPHENS & VREVICH, LLP**
350 10TH Avenue, Suite 900
San Diego, CA 92101
(619) 515-1155; Fax (619) 515-1159

Attorneys for Defendants
**TERRA VAC CORPORATION and
TERRA-VAC, INC. dba TERRA-VAC, P.R.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CALANNO,<br><br>    Plaintiff,<br><br>v.<br><br>TERRA VAC CORPORATION, a California corporation; TERRA-VAC, INC., a corporation, dba TERRA-VAC, P.R.; and DOES 1 through 100, inclusive<br><br>    Defendants. | CASE NO. 07cv2052-BTM (POR)<br><br>Hearing Date: 05/02/2008<br>Time      : 11:00 a.m.<br>Courtroom  : 15<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO:    PLAINTIFF AND HIS ATTORNEY OF RECORD:**

       **PLEASE TAKE NOTICE** that on May 2, 2008 at 11:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, located at United States District Court, Southern District of California, 940 Front Street, San Diego, CA 92101-8900, defendants TERRA VAC CORPORATION, TERRA-VAC, INC. dba TERRA-VAC, P.R. WILL MOVE THE COURT TO DISMISS THE ACTION PURSUANT TO FRCP 12(b)(6) because plaintiff's complaint fails to state a claim upon which relief can be granted.

///

1  The motion will be based on this Notice of Motion and Motion, the Memorandum of
2  Points and Authorities filed herewith, and the pleadings and papers filed herein.

4  Dated: 3/18/08

MAXIE RHEINHEIMER STEPHENS &
VREVICH, LLP

By: _____
Barry M. Vrevich
Jillian M. Fairchild
Attorneys for Defendant, **TERRA VAC CORPORATION and TERRA-VAC, INC. dba TERRA-VAC, P.R.**