| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated)<br>CALANNO v. TERRA VAC CORPORATION, et al. | | |
| ATTORNEY(S) NAME AND ADDRESS<br>Barry M. Vrevich, Esq. (SBN 123999)<br>Jullian M. Fairchild, Esq. (SBN 246846)<br>MAXIE RHEINHEIMER STEPHENS & VREVICH, LLP<br>350 10th Avenue, Suite 900<br>San Diego, CA 92101-7498<br>(619) 515-1155; Fax (619) 515-1159 | | JUDGE ASSIGNED: |
| ATTORNEY(S) FOR:<br>Defendants Terra Vac Corporation, et al. | HEARING DATE-TIME: | CASE NUMBER:<br>**07cv2052-BTM (POR)** |

## CERTIFICATE OF SERVICE

I, ABAGAIL HALL, declare as follows:

I am a resident of the City and County of San Diego, California; I am over the age of eighteen years and not a party to the within case; my business address is 350 10th Avenue, Suite 900, San Diego, California. On March 20, 2008, I caused to be served the following document(s) on all interested persons in this action:

1.   Notice of Motion and Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (FRCP 12(b)(6); and

2.   Memorandum of Points and Authorities in Support of Motion and Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (FRCP 12(b)(6)

by one or more of the following methods of service for each addressee respectively as follows:

Michael H. Crosby, Esq.
D. F. Garrettson House
2366 Front Street
San Diego, CA 92101

[X]    **BY ELECTRONIC FILING** - I caused such document(s) to be Electronically Filed through the CM/ECF system for the above-entitled case. The file transmission was reported as complete, and a copy of the "NEF Filing Receipt" page will be maintained with the original document(s) in our office.

[X]    **(BY U.S. MAIL)** I caused such document(s) to be sealed in envelopes, and with the correct postage thereon fully prepaid, either deposited in the United States Postal Service or placed for collection and mailing on March 20, 2008, at San Diego, California, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and that this declaration was executed on March 20, 2008, at San Diego, California.

ABAGAIL HALL

CERTIFICATE OF SERVICE