UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CALANNO v. TERRA VAC CORPORATION, et al.
CASE NUMBER:   07cv2052-BTM (POR)

Michael H. Crosby (SBN 125778)
*D. F. Garrettson House*
2366 Front Street
San Diego, CA 92101
Telephone:   (619) 696-7330
Facsimile:    (619) 239-5872

Attorney for Plaintiff JACOB CALANNO

## CERTIFICATE OF SERVICE

I, Michael H. Crosby, declare:

I am a resident of the City and County of San Diego, California; I am over the age of eighteen years and not a party to the within case; my business address is 2366 Front Street, San Diego, California 92101. On April 18, 2008, I caused to be served the following document(s) on all interested persons in this action:

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS**

by one or more of the following methods of service for each addressees respectively as follows:

Barry M. Vrevich, Esq.
Jillian M. Fairchild, Esq.
MAXIE RHEINHEIMER STEPHENS & VREVICH, LLP
350 Tenth Avenue, Suite 900
San Diego, CA 92101
Attorneys for Defendants

[ X]  **(BY ELECTRONIC FILING)** - I caused such document(s) to be Electronically Filed through the CM/ECF system for the above-entitled case. The file transmission was reported as complete, and a copy of the "NEF Filing Receipt" page will be maintained with the original document(s) in our office.

[ ]   **(BY U.S. MAIL)** - I caused such document(s) to be sealed in an envelope(s), and with the correct postage thereon fully prepaid, either deposited in the United States Postal Service or placed for collection and mailing on_____ at San Diego, California, following ordinary business practices.

1

CALANNO v. TERRA VAC CORPORATION, et al.
CASE NUMBER:   07cv2052-BTM (POR)

## CERTIFICATE OF SERVICE - continued

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 18, 2008 at San Diego, California.

                              s/Michael H. Crosby
                              Attorney for Plaintiff JACOB CALANNO
                              E-mail: mhcrosby@dfghlaw.com