UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB CALANNO,<br><br>                          Plaintiff,<br><br>     v.<br><br>TERRA VAC CORPORATION, a California Corporation; TERRA-VAC INC, a Corporation doing business as Terra-Vac PR; DOES 1 through 100, inclusive,<br><br>                          Defendant. | Civil No.   07-cv2052-BTM (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SCHEDULING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On July 15, 2008, the Court held an Early Neutral Evaluation in this matter. Appearing before the Court were Plaintiff Jacob Calanno; Michael Crosby, Plaintiff's counsel; Jim Malot, a representative of Defendants; and Barry M. Vrevich, counsel for Defendants. The case did not settle. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **August 8, 2008**.

2. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter, via email to efile_porter@casd.uscourts.gov, on or before **August 22, 2008**.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **August 29, 2008**.

4. Pursuant to Federal Rule of Civil Procedure 16(b), a Settlement Conference shall be held on **September 17, 2008** at **9:30 a.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall arrange and initiate the call.

1     5.     Plaintiff's counsel shall serve a copy of this order on any parties that enter this case
2               hereafter.
3     6.     Failure of any counsel or party to comply with this order may result in sanctions.

5 DATED: July 16, 2008

7 _____
LOUISA S PORTER
United States Magistrate Judge

9 cc:     The Honorable Barry Ted Moskowitz
10        all parties